# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CUESTAS CASTILLO,<br><br>Plaintiff,<br><br>v.<br><br>ADIR INTERNATIONAL, LLC d/b/a CURACAO; EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC,<br><br>Defendants. | Case No. 8:19-cv-01555-JVS-DFM<br><br>Hon. James V. Selna<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC** |

Plaintiff Dennis Cuestas Castillo and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

///

///

3901510.1

1

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Dennis Cuestas Castillo against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this 29th day of January, 2020.

**HONORABLE JAMES V. SELNA**
UNITED STATES DISTRICT JUDGE

2

3901510.1